UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRIAN R. THOMPSON,<br><br>Defendant. | 9:21-po-5065-KLD<br><br>Ticket Number: F4864447<br>Location Code: M10<br><br>Ticket Numbers : 9379438, 9379439, 9379440<br>Location Code : M26<br><br>ORDER AND JUDGMENT |

On May 11, 2022, Brian R. Thompson appeared before the Court and entered a plea of no contest to the following charges: (1) operating a vehicle carelessly, recklessly, or without regard for the rights or safety of other persons or in a manner or at a speed that would endanger or be likely to endanger any person or property in violation of 36 C.F.R. § 261.54(f), as set forth in violation notice F4864447; and (2) unattended personal property in violation of 43 C.F.R. § 8365.1-2(b), as set forth in violation notice 9379440. At the time of Defendant's appearance, the United States moved to dismiss violation notices 9379438 and 9379439. Accordingly,

**IT IS ORDERED** that Violation Numbers 9379438 and 9379439 are **DISMISSED.**

**IT IS FURTHER ORDERED** that: (1) for Violation Number F4864447, Defendant must pay a $100 fine, $10 special assessment, and $30 processing fee for a total amount due of $140; and (2) for Violation Number 9379440, Defendant

must pay a $10 special assessment and $30 processing fee for a total of $40.

Thus, the total amount due for both violations is $180. Defendant shall pay this amount in six monthly installments of $25 each and a final payment of $30. Defendant's first payment is due on or before June 5, 2022 and all subsequent payments are due on or before the 5th day of each month thereafter. Defendant's final payment of $30 shall be due on or before December 5, 2022.

Defendant may pay the amount due by check or money order payable to "U.S. COURTS — CVB" and mailed to CENTRAL VIOLATIONS BUREAU, P.O. Box 780549 San Antonio, TX 78278.  Alternatively, Defendant may pay online at www.cvb.uscourts.gov.

**IT IS FURTHER ORDERED** that for Violation Number 9379440, Defendant shall be jointly and severally liable with Havanna L. Binder for paying restitution to the Forest Service in the amount of $148.02. This amount shall be due in five monthly installments of $25 each, and a final payment of $23.02. Defendant's first payment is due on January 5, 2023 and all subsequent payments are due on the 5th day of each month thereafter until the restitution amount is paid in full.

Defendant is directed to send his restitution payments to the following address:

> U.S. Clerk of Court
> P.O. Box 8537
> Missoula, MT 59807

The Clerk of Court is directed to disburse the restitution to:

> USDA Forest Service
> Albuquerque Serv Ctr
> Claims
> 101B Sun Ave. NE
> Albuquerque, NM 87109

Defendant is advised that pursuant to 18 U.S.C. § 3742(g) and Federal Rule of Criminal Procedure 58(g)(2)(B), Defendant has the right to appeal the sentence imposed in this case to a United States District Court Judge within fourteen (14) days after entry of judgment, by filing with the Clerk of District Court a statement specifying the judgment from which the appeal is taken, and by serving a copy of the statement upon the United States Attorney (personally or by mail) and filing a copy with Magistrate Kathleen L. DeSoto. If Defendant appeals, Defendant will be required to pay a $38 fee pursuant to 28 U.S.C. § 1914, Fee Schedule, subsection (10) at the time of filing the appeal. Defendant also will be required to furnish the District Court Judge a copy of the record, which consists of the "original papers and exhibits in the case together with any transcript, tape or other recording of the proceedings and a certified copy of the docket entries which shall be transmitted promptly to the clerk of court." Fed. R. Crim. P. 58(g)(2)(c).

DATED this 12th day of May, 2022.

Kathleen L. DeSoto
United States Magistrate Judge